**UNITED STATES DISTRICT COURT FOR THE**
                         **DISTRICT OF NEW HAMPSHIRE**


<u>Randolph L. Chambers</u>

    v.                                           Civil No. 05-cv-222-JD

<u>New Hampshire State Prison,</u>
<u>Medical Department</u>


                              **O R D E R**


     Plaintiff has instituted fifteen (15) cases in this court over the last four years.  One was settled, one was voluntarily non-suited, two are pending and eleven were dismissed, including some for failure to exhaust administrative remedies.  He has had numerous preliminary injunction hearings.  On July 20, 2005, plaintiff filed the instant suit alleging that his prescribed pain medication was wrongfully not renewed on June 4th and 10th.  It is not clear that plaintiff has exhausted his administrative remedies.  If he has not exhausted his claim must be and will be dismissed.

     The Clerk, pursuant to Judge DiClerico's referral, should schedule the preliminary injunction hearing for the week of August 8th.  Plaintiff will be required to demonstrate exhaustion at the outset of the hearing.  If administrative remedies have

not been exhausted the hearing will be terminated and I will recommend dismissal.

    **SO ORDERED.**

                                        _____
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: August 2, 2005

cc:   Randolph L. Chambers, *pro se*